UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8356-BER

UNITED STATES OF AMERICA

v.

Ronaldo Alejandro Sandoval-Ramirez,

            **Defendant.**      /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes   ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ☐ Yes   ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   ☐ Yes   ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   ☐ Yes   ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: *Mark Dispoto*
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
District Court No.   A5501143
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email: mark.dispoto@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ronaldo Alejandro Sandoval-Ramirez, | ) | Case No. 25-mj-8356-BER |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __7/01/2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) | an alien, having previously been deported and removed from the United States was found to be in the United States, knowingly and unlawfully without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security, having expressly consented to such alien's reapplying for admission to the United States. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

FILED BY ____TM____ D.C.
Jul 1, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Digitally signed by Bruce Reinhart
Date: 2025.07.01 16:33:24 -04'00'

Date: _____

*Judge's signature*

City and state: __West Palm Beach, Florida__     Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
<u>IMMIGRATION AND CUSTOMS ENFORCEMENT</u>**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.  I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ronaldo Alejandro SANDOVAL-RAMIREZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.  On or about July 1, 2025, Ronaldo Alejandro SANDOVAL-RAMIREZ was arrested in Palm Beach County, Florida on charge of theft-defraud innkeeper. He was booked and detained at the Palm Beach County Jail.

4.  A review of the immigration records shows that Ronaldo Alejandro SANDOVAL-RAMIREZ is a native and citizen of Guatemala. Records further show that on or about September 7, 2022, Ronaldo Alejandro SANDOVAL-RAMIREZ was ordered removed. The Order of Removal was executed on or about September 26, 2022,

whereby Ronaldo Alejandro SANDOVAL-RAMIREZ was removed from the United States and returned to Guatemala.

5. Thereafter, Ronaldo Alejandro SANDOVAL-RAMIREZ re-entered the United States illegally and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265 on two separate occasions, on or about following dates: March 18, 2023, and April 10, 2023.

6. Ronaldo Alejandro SANDOVAL-RAMIREZ's fingerprints taken in connection with his July 1, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Ronaldo Alejandro SANDOVAL-RAMIREZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Ronaldo Alejandro SANDOVAL-RAMIREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ronaldo Alejandro SANDOVAL-RAMIREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about July 1, 2025, Ronaldo Alejandro SANDOVAL-RAMIREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the

Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of July 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

Digitally signed by Bruce Reinhart
Date: 2025.07.01 16:33:43 -04'00'

3